People of the State of Illinois, Plaintiff-Appellee, v. Julio Torres, Defendant-Appellant.

Gen. No. 50,037.

First District, Second Division.

January 26, 1965.

Larry S. Mayster, of Chicago, for appellant; William G. Clark, Attorney General, of Springfield (Daniel P. Ward, State's Attorney, of Chicago, Fred G. Leach and George W. Kenney, Assistant Attorneys General, Elmer C. Kissane and William J. Nellis, Assistant State's Attorneys, of counsel) for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**